# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON RENE BRADLEY,<br><br>                Petitioner,<br><br>     v.<br><br>FOSS, Warden,<br><br>                Respondent. | CASE NO. 5:19-cv-01683-RSWL (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed.

DATED:   October 07, 2019         /s/ RONALD S.W. LEW
                                                                                      HON. RONALD S.W. LEW
                                                                                   U.S. DISTRICT JUDGE